```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
                                              DATE FILED: 12/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re W. Wesley Drummon,                                         :
                                                                 :
                                                    Debtor.      :      1:23-cv-11105-GHW
-----------------------------------------------------------------X
                                                                 :              ORDER
The City of Atlantic City,                                       :
                                                                 :
                                                  Appellant,     :
                                                                 :
            v.                                                   :
                                                                 :
W. Wesley Drummon,                                               :
                                                                 :
                                                   Appellee.     :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      This appeal has been assigned to me for all purposes. Pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's brief must be served and filed by January 20, 2024, Appellee's brief must be served and filed within 30 days after service of Appellant's brief, and Appellant may serve and file a reply brief within 14 days after service of Appellee's brief.

      If Appellee wishes to raise any concerns regarding the Court's jurisdiction to hear this appeal, Appellee must do so in a pre-motion conference letter in accordance with the Court's Individual Rules of Practice in Civil Cases by no later than January 12, 2024.

      SO ORDERED.

Dated: December 22, 2023
New York, New York

                                                             GREGORY H. WOODS
                                                       United States District Judge