```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  In re W. Wesley Drummon,                                     :
                                                               :
                                          Debtor.              :    1:23-cv-11105-GHW
-------------------------------------------------------------- X
                                                               :    ORDER
  The City of Atlantic City,                                   :
                                                               :
                                          Appellant,           :
                                                               :
                        v.                                     :
                                                               :
  W. Wesley Drummon,                                           :
                                                               :
                                          Appellee.            :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, District Judge:

On August 9, 2024, the Court informed the parties that it was inclined to dismiss this appeal for lack of jurisdiction because (i) the Court has not been made aware of a certification under Fed. R. Bankr. P. 7054 that the bankruptcy court's partial order is appealable as a final judgment, and (ii) Appellant has not provided a basis for this Court to grant leave to appeal. Dkt. No. 24. The Court ordered Appellant to show cause by August 16, 2024 as to why this action should not be dismissed for lack of jurisdiction. *Id.* at 2. It is now August 19, 2024, and Appellant has not submitted any materials responsive to the Court's order.

Accordingly, for the reasons set forth in the Court's August 9, 2024 order, *id.*, this appeal is DISMISSED for lack of jurisdiction. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

SO ORDERED.

Dated: August 19, 2024  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge